UNITED STATES DISRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACY LESSARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-CV-00053-LRH-CLB |
| | ) | |
| vs. | ) | |
| | ) | |
| PROGRESSIVE CLASSIC INSURANCE COMPANY, ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)]

IT IS HEREBY STIPULATED AND AGREED under Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiff, JACY LESSARD and her attorney JULIE MCGRATH THROOP, ESQ., of the law firm of TERRY FRIEDMAN AND JULIE THROOP PLLC and Defendant, PROGRESSIVE CLASSIC INSURANCE COMPANY, by and through their attorney of record, DAVID M. ZANIEL, ESQ. of RANALLI, ZANIEL, FOWLER & MORAN, LLC, that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own

costs and fees.

DATED this ___ day of July 2023.

RANALLI, ZANIEL, FOWLER & MORAN

/s/DavidZaniel
DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Attorney for Defendant Progressive

DATED this ___ day of July 2023.

TERRY FRIEDMAN AND JULIE THROOP PLLC

JULIE MCGRATH THROOP, ESQ.
Nevada Bar No. 1975
300 S. Arlington Avenue
Reno, Nevada 89501
Attorney for Plaintiff Lessard

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this ___ day of August, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE